BEFORE THE FIRST DIVISION, JANUARY 24, 1961

No. 65061.—Sprouse Reitz Co., Inc. *v.* United States, protest 59/14725 (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.